## CENTRAL RAILWAY COMPANY vs. STATE, USE OF VIRGINIA BUCK ET AL.

Appeal from the Court of Common Pleas. *Affirmed.*

The wheels of the vehicle in which plaintiff's deceased was driving along the streets of Baltimore were caught in the diagonal switch track of defendant's road and deceased was thrown out and killed. *Held,* that there was sufficient evidence to go to the jury that the switch was improperly constructed and that there was no such contributory negligence on the part of the deceased as would prevent a recovery. The following prayer offered by the plaintiffs was properly granted : " If the jury believe from the evidence that at the time of the accident testified to the tracks of the defendant corporation (designated in the evidence as the cross-over switch), on Fulton avenue, were in an unsafe and dangerous condition ; that their condition was known to the company, and that George W. Buck, while using ordinary care and lawfully driving down Fulton avenue, was, by reason of the condition of the defendant's said tracks, thrown from his carriage, as testified to, and thereby sustained the injuries complained of, and died from the effects of said injuries, then their verdict must be for the equitable plaintiffs." The jury found a verdict for the plaintiffs for $1,800.

Submitted on briefs by *T. Wallis Blackistone* and *George Blackistone,* for appellant, and *George R. Willis, Ferd. C. Dugan* and *Joseph W. Hazell,* for appellees.

No. 30, October term, 1895. Recorded in Liber J. S. F. No. 2, etc., folio 758, of " Opinions Unreported."